UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SAMMY LEE CARPENTER III | CASE NO. 1:24-CV-0345 SEC P |
| VERSUS | JUDGE DRELL |
| WARDEN STEARNS | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 3), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED and DISMISSED WITHOUT PREJUDCE.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 14th day of May 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT